IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT C. BROWN,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant.<br>_____ | 2:12-cv-01853-GEB-CKD<br><br><u>RELATED CASE ORDER</u> |
| CHARLES E. LEWIS,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant.<br>_____ | 2:12-cv-03069-TLN-KJN |

On April 8, 2013, Defendant filed a "Notice of Related Cases" in which it states:

> The cases arise out of the same underlying car accident and have overlapping questions of fact and law. Plaintiff Herbert Brown was the passenger in the car driven by Plaintiff Charles Lewis. The United States is the sole defendant in both cases. The Court granted the parties' request for the same pretrial and trial schedule. The assignment of both cases to the same District Judge and Magistrate Judge is likely to effect a substantial savings of judicial effort and significantly reduce the potential for inconsistent results.

(ECF No. 16, 1:25-2:2.)

Examination of the above-entitled actions reveals they are related within the meaning of Local Rule 123. Under the regular practice

1 of this Court, related cases are generally assigned to the judge and
2 magistrate judge to whom the first filed action was assigned.
3 Therefore, action 2:12-cv-03069 is reassigned to Judge Garland E.
4 Burrell, Jr., and Magistrate Judge Carolyn K. Delaney for all further
5 proceedings. Henceforth, the caption on documents filed in the
6 reassigned case shall show the initials "GEB-CKD." Further, the Status
7 Order previously issued in action 2:12-cv-03069 (ECF No. 10), before the
8 action was reassigned to Judge Troy L. Nunley due to his appointment,
9 remains fully effective.

10  The Clerk of the Court shall make appropriate adjustment in
11 the assignment of civil cases to compensate for this reassignment.

12 Dated:  April 9, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge