BENJAMIN B. WAGNER
United States Attorney
CHI SOO KIM
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendant United States

GEOFFREY PHILIP WONG
Law Office of Geoffrey P. Wong
331 J Street, Suite 200
Sacramento, CA 95814
Telephone:  (916) 453-0333
Facsimile:  (916) 497-0281

Attorney for Plaintiff Herbert C. Brown

THE UNITED STATES DISTRICT COURT

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT C. BROWN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Defendant. | Case No. 2:12-cv-01853 GEB-CKD<br><br>**STIPULATION TO MODIFY SCHEDULING ORDER AND [PROPOSED] ORDER** |

　　　Defendant United States and Plaintiff Herbert C. Brown, by and through their respective counsel, stipulate to and respectfully request the below modifications to the Court's January 9, 2013 Status (Pretrial Scheduling) Order [Dkt 13] to permit the parties to continue their efforts to resolve

/ / /

/ / /

/ / /

STIPULATION TO MODIFY SCHEDULING
ORDER AND [PROPOSED] ORDER

1

the case. The parties are currently scheduled to participate in a Voluntary Dispute Resolution Program session with a neutral on August 14, 2013.

|  | Current | Proposed |
|---|---|---|
| Initial expert disclosures: | August 23, 2013 | November 22, 2013 |
| Rebuttal expert disclosures: | September 23, 2013 | January 3, 2014 |
| Discovery cutoff (fact and expert): | January 21, 2014 | April 18, 2014 |
| Last day for motion hearing: | March 24, 2014 | July 11, 2014 |
| Final Pretrial Conference: | May 19, 2014 | August 25, 2014 |
| Trial: | August 26, 2014 | November 17, 2014 |

DATED: June 24, 2013

BENJAMIN B. WAGNER
United States Attorney

By:  */s/ Chi Soo Kim*
CHI SOO KIM
Assistant United States Attorney

DATED: June 24, 2013

By:  */s/ Geoffrey Philip Wong*
GEOFFREY PHILIP WONG
Attorney for Plaintiff Herbert C. Brown

 The proposed dates are approved except that the last hearing date for law and motion is changed to July 15, 2014 at 9:00 a.m. The pretrial conference is rescheduled for September 16, 2014 at 2:30 p.m. A joint pretrial statement shall be filed seven days prior to the hearing. The trial is rescheduled for December 3, 2014 at 9:00 a.m.

 IT IS SO ORDERED.

 **Date:  6/26/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION TO MODIFY SCHEDULING
ORDER AND [PROPOSED] ORDER

2