UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT C. BROWN,<br>      Plaintiff,<br>  v.<br>UNITED STATES OF AMERICA,<br>      Defendant. | No.  2:12-cv-01853-GEB-CKD<br><br>**ORDER** |
| CHARLES E. LEWIS,<br>      Plaintiff,<br>  v.<br>UNITED STATES OF AMERICA,<br>      Defendant. | No. 2:12-cv-03069-GEB-CKD |
| CITY OF SUISUN, CALIFORNIA,<br>      Plaintiff,<br>  v.<br>UNITED STATES OF AMERICA,<br>      Defendant. | No. 2:13-cv-02399-MCE-KJN |

        The undersigned judge has received the Notice of Related Cases concerning the above-captioned cases filed December 4, 2013. The undersigned judge has, however, determined that reassignment of Case No. 2:13-cv-02399-MCE-KJN to himself is not

1  "likely to effect a substantial savings of judicial effort or
2  other economies" and, therefore, declines to order reassignment.
3  <u>See</u> L.R. 123(c).

DATED: December 6, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge